United States District Court
Southern District of Texas

**ENTERED**
May 15, 2025
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-01992 |
|---|---|---|---|

Federal Insurance Company, Plaintiff

*versus*

James River Insurance Company, Defendant

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher P. Hemphill<br>Cohn Baughman<br>525 West Monroe Street, Suite 1500<br>Chicago, IL  60661<br>(312) 753-6616; christopher.hemphill@mclolaw.com<br>Illinois-6300005; New York-4915195 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Insurance Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __      __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/7/2025 | Signed: *Christopher Hemphill* |
|---|---|

The state bar reports that the applicant's status is:  authorized to practice.

Dated: 5/15/2025   Clerk's signature  *Glenda Hassan*

## Order

Dated: 5/15/2025

This lawyer is admitted *pro hac vice*.

*Lee H. Rosenthal*
United States District Judge